# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAL_STAR PRODUCTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FENCEPOST PRODUCTIONS, INC., a Kansas corporation; NPB COMPANY, INC., a Kansas corporation; OLD DOMINION APPAREL, a business entity, form unknown; ODA WEST, an apparent dba operating in California; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-04490-JAK-E<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>**JS-6** |

Pursuant to the Parties' *Joint Stipulation for Dismissal of Action* (the "Stipulation") and Good Cause Appearing, the Court hereby **APPROVES** the Stipulation as follows:

(1) all claims or causes of action asserted by Plaintiff Cal-Star Production, Inc. in its *First Amended Complaint* (Dkt. No. 54) in the above entitled action ("Action") are hereby dismissed with prejudice;

(2) all counterclaims or causes of action asserted by Defendant Fencepost Productions, Inc. in its *Counterclaims of Defendant Fencepost*

*Productions, Inc.* (Dkt. No. 7) in the Action are hereby dismissed with prejudice;

(3) all claims or causes of action asserted by Defendant Fencepost Production, Inc. in its *Third Party Complaint of Fencepost Productions, Inc.* (Dkt. No. 8) in the Action are hereby dismissed with prejudice;

(4) each Party is to bear its own attorneys' fees and costs;

(5) each Party waives its right to appeal from this Order;

(6) all hearings, appearances or other deadlines in the Action are hereby advanced and vacated;

(7) this Court shall retain jurisdiction to enforce the terms of the *Settlement Agreement and Mutual Release* dated July 22, 2019 entered into by the Parties; and

(8) the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 30, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE